# UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio

| | | |
|---|---|---|
| Rodney Hinton | : | Case No. 1:25-cv-00309-MWM-PBS |
| | : | |
| Petitioner(s), | : | Judge Matthew W. McFarland |
| v. | : | |
| | : | |
| Warden, Hamilton County Justice Center | : | |
| | : | |
| Respondent(s). | : | |

## NOTICE OF DEFICIENCY

The above-referenced civil action has been received and filed in this Court without the required filing fee or motion for leave to proceed in forma pauperis as well as the Civil Cover Sheet.

Please correct this deficiency **within 30 days** by filing a motion for leave to proceed in forma pauperis (located on the Court's website) or tendering the required filing fee to the Clerk along with the Civil Cover Sheet.

Payment by a permanent member of the bar of this Court can be remitted electronically by using the "Pay Fees Via Pay.gov" filing event in CM/ECF.

Checks or money orders made payable to "Clerk, U.S. District Court" should include the above-referenced case number and should be sent to the address below.

The Clerk's Office also accepts cash, credit, and debit payments at the courthouse located below.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202

Clerks_Office@ohsd.uscourts.gov

May 12, 2025                                                                **Richard W. Nagel**

**Clerk of Court**

<u>s/ BJC</u>
Deputy Clerk