IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RODNEY HINTON, | : | Case No. 1:25-cv-309 |
| Petitioner, | : | Judge Matthew W. McFarland |
| v. | : | |
| WARDEN, HAMILTON COUNTY JUSTICE CENTER, | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 7)**

The Court has reviewed the Report and Recommendations of United States Magistrate Stephanie K. Bowman (Doc. 7), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Petition (Doc. 1) is **DISMISSED**. The case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND