**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| RODNEY HINTON, | : | Case No. 1:25-cv-309 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, HAMILTON COUNTY | : | |
| JUSTICE CENTER, | : | |
| | : | |
| Respondent. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** The Court ADOPTS the Report and Recommendation (Doc. 7) and the Petition (Doc. 1) is DISMISSED. The case is TERMINATED from the Court's docket.

Dated: September 12, 2025.                    Richard W. Nagel, Clerk of Court
                                                                          By: */s/ Kellie A. Fields*
                                                                                 Deputy Clerk